UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RICHARD JAMES SIMPSON,

        Plaintiff,                Case No. 1:09-cv-1168

v.                                       Honorable Paul L. Maloney

GEORGE PRAMSTALLER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  March 3, 2010                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge