UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

MICHAEL FOSTER,

          Plaintiff,                Case No. 1:09-cv-1155

v.                                    Honorable Paul L. Maloney

PATRICIA CARUSO et al.,

          Defendants.

_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   March 3, 2010            /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           Chief United States District Judge